**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

KEITH C. JOHNSON,
    Plaintiff,

Case Number 3:14-cv-00095-SLG

v.

RLI INSURANCE COMPANY,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendant RLI Insurance Company recover costs in the amount of $_____, from the plaintiff Keith C. Johnson.

APPROVED:

s/Sharon L. Gleason
SHARON L. GLEASON
United States District Judge

Date: March 1, 2016

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Lesley K. Allen
Lesley K. Allen,
Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}