Alfred Clayton, Jr.
CLAYTON & DIEMER, LLC
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  Al.Clayton@cdlaw.pro

Lawyers for Plaintiff Keith C. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| KEITH C. JOHNSON, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | Case No. 3:14-cv-00095-SLG |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEAL** |
| RLI INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant/Appellee. | ) | |
| | ) | |

Notice is hereby given that Keith C. Johnson, plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment dated March 1, 2016 (Docket No. 102)[1] entered in this action and the Order Re: Cross Motions for Summary Judgment[2] dated February 29, 2016 (Docket No. 101) entered in this action by the Hon. Sharon L. Gleason of the United States District Court

_____

[1] See Exhibit A, Judgment in a Civil Case.
[2] See Exhibit B, Order Re Cross Motions for Summary Judgment.

for the District of Alaska. Said Notice of Appeal is made pursuant to FRAP 3(a) and (b), and FRAP 4(a) *et seq*.

DATED this 31st day of March, 2016, at Anchorage, Alaska.

CLAYTON & DIEMER, LLC
Lawyers for Plaintiff Keith C. Johnson

By: *s/Alfred Clayton, Jr.*
Alfred Clayton Jr.
ABA No. 9111079

## RULE 3-2 REPRESENTATION STATEMENT

The parties to the judgment and order appealed from and the names and addresses of their respective attorneys are as follows:

Plaintiff/Appellant Keith C. Johnson, represented by:

Alfred Clayton, Jr.
CLAYTON & DIEMER, LLC
500 L Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-2999
Email: al.clayton@cdlaw.pro

Defendant/Appellee RLI Insurance Company, represented by:

Donald C. Thomas
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone: (907) 279-3581
E-mail: dct@delaneywiles.com

Michael D. Prough (pro hac vice)
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA 94597
Phone: (925) 937-9990
Email: mdp@morisonprough.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Alaska by using the appellate CM/ECF system on March 31, 2016. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system as to the participants, to wit, attorneys Donald C. Thomas and Michael D. Prough.

*/s/ Alfred Clayton, Jr.*

Case 3:14-cv-00095-SLG   Document 110   Filed 03/31/16   Page 3 of 3