Alfred Clayton, Jr.
CLAYTON & DIEMER, LLC
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: Al.Clayton@cdlaw.pro

Lawyers for Plaintiff Keith C. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KEITH C. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RLI INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:14-cv-00095-SLG<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby notify the Court that they have reached a settlement of this matter, which will resolve the pending motion by RLI Insurance Company for fees and costs, as well as the Ninth Circuit appeal. The Parties jointly request that the Court hold in abeyance the pending motion of RLI Insurance Company, for a period of 30 days.

                                                     CLAYTON & DIEMER, LLC
                                                     Lawyers for Plaintiff Keith C. Johnson

DATED: July 27, 2016        By:   *s/Alfred Clayton, Jr.*
                                                   Alfred Clayton, Jr.
                                                     ABA No. 9111079

|  |  |
|---|---|
|  | MORISON & PROUGH, LLP<br>Attorneys for Defendant |
| DATED: July 27, 2016 | By: _s/Michael Prough_  (w/consent)<br>Michael Dale Prough<br>CA Bar No. 168741 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2016, a copy of the foregoing document was served electronically on:

Donald C. Thomas
Delaney Wiles, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501

Michael D. Prough
Morison & Prough, LLP
2510 Camino Diablo, Suite 100
Walnut Creek, CA 94596-8068


_s/Alfred Clayton, Jr._