FILED

AUG 29 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEITH C. JOHNSON,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>RLI INSURANCE COMPANY,<br><br>      Defendant - Appellee. | No. 16-35243<br><br>D.C. No. 3:14-cv-00095-SLG<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Pursuant to the court's August 19, 2016, order (docket #9), this appeal is deemed dismissed voluntarily. Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

8/29/16/cg/mediation

CG/Mediation